### CLARK P. CRAUMER v. JONAS GRANNICK.

(Filed 11 November, 1953.)

APPEAL by plaintiff from *Burgwyn, Special Judge,* at March Term, 1953, of HARNETT.

Civil action to recover damages for actionable negligence heard upon motion to strike allegations from answer.

This is a companion case to the action this day decided entitled *Penn Dixie Lines, Inc., v. Jonas Grannick.* The plaintiff Clark P. Craumer sued the defendant Jonas Grannick for damages for the injury done his Ford tractor in the collision involved in that action. The complaint and the answer in this suit are couched in practically the same language as the complaint and the answer in the *Penn Dixie Lines case.* The plaintiff moved to strike from the answer in this suit third and fourth further answers and defenses virtually identical with the third and fourth further answers and defenses pleaded in the *Penn Dixie Lines case.* The presiding judge entered an order whereby he struck the fourth further answer and defense, and refused to strike the third further answer and defense.

Each party noted an appeal from the portion of the order adverse to him. The defendant subsequently abandoned his appeal.

*Talmadge L. Narron for plaintiff, appellant.*

*A. J. Fletcher, F. T. Dupree, Jr., and G. Earl Weaver for defendant, appellee.*

ERVIN, J. The plaintiff's appeal challenges the validity of the portion of the order refusing to strike the third further answer and defense from the answer. For the reasons stated in the *Penn Dixie Lines case,* this cause is remanded to the Superior Court of Harnett County with directions that an order be entered striking out the third further answer and defense.

Error and remanded.

WINBORNE, J., dissents.